No. 80–5349. MAULDIN v. GRANT ET AL. C. A. 6th Cir. Certiorari denied.

No. 80–5354. WELCH v. ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 80–5371. NOE v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 80–5380. RODIC v. THISTLEDOWN RACING CLUB ET AL. C. A. 6th Cir. Certiorari denied.

No. 80–5384. WOODARD v. WACHOVIA BANK & TRUST Co. ET AL. C. A. 4th Cir. Certiorari denied.

No. 80–5400. BEMBER v. CONNECTICUT. App. Sess., Super. Ct. Conn. Certiorari denied.

No. 80–5402. McQUEEN v. STEPHENSON ET AL. C. A. 4th Cir. Certiorari denied.

No. 80–5406. JOHL v. PERKINS. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 80–5407. PATTERSON v. MERCER ET AL. C. A. 6th Cir. Certiorari denied.

No. 80–5408. PETERS v. BANK OF AMERICA NATIONAL TRUST & SAVINGS ASSN. ET AL. C. A. 9th Cir. Certiorari denied.

No. 80–5412. JONES v. ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.